JOHN R. BAILEY
Nevada Bar No. 0137
JOSHUA M. DICKEY
Nevada Bar No. 6621
JOE A. MORGAN
Nevada Bar No. 16937
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JBailey@BaileyKennedy.com
JDickey@BaileyKennedy.com
JMorgan@BaileyKennedy.com

*Attorneys for Plaintiff*
*Venture Medical, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VENTURE MEDICAL, LLC, a Montana limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM WOUND CARE SPECIALIST LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.<br><br>**COMPLAINT**<br><br>**[JURY TRIAL DEMANDED]** |

Plaintiff Venture Medical, LLC ("Plaintiff" or "Venture") alleges and asserts the following claims against Defendant Platinum Wound Care Specialist LLC ("Defendant" or "Platinum"):

**NATURE OF THE ACTION**

1. This is an action for damages arising from Defendant's breach of contract; namely, Defendant ordering and receiving medical products sold by Plaintiff under the parties' written agreements and Defendant's failure to pay for such products.

**JURISDICTION AND VENUE**

2. This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1). Plaintiff is a citizen of Montana and Florida; Defendant is a citizen of Nevada; and the amount in controversy exceeds $75,000.00.



BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

3. This Court has personal jurisdiction over Defendant because it is an entity organized under Nevada law, has its principal place of business in Nevada, consented to jurisdiction in Nevada by express written agreement, and its sole member is a citizen of Nevada.

4. Venue is proper in the District of Nevada pursuant to 28 U.S.C. § 1391(b)(1) because Defendant resides in this district and pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims asserted herein occurred in this district.

**THE PARTIES**

5. Venture is a Montana limited-liability company. The members of Venture are residents of Montana and Florida.

6. Platinum is a Nevada limited-liability company doing business in Clark County, Nevada. Upon information and belief, Craig Jorgenson ("Jorgenson"), an individual domiciled in Clark County, Nevada, is the sole member of Platinum.

**GENERAL ALLEGATIONS**

7. Venture is a supplier of medical products to healthcare providers nationwide.

8. Venture develops solutions in wound care including biofilm management, imaging, diagnostics, and curated standard treatments.

9. Venture offers several skin substitutes, including AmnioWrap2, Vendaje AC, Dermacyte, Grafix PL Prime, and Membrane Wrap, that come in various sizes and range in price from a few hundred dollars to several tens of thousands of dollars each.

10. Jorgenson is a Nevada-licensed medical doctor specializing in internal medicine in Las Vegas, Nevada.

11. Jorgenson is the managing member of Platinum.

12. Platinum purchases and uses medical products of the kind that Venture offers to sell to providers such as Platinum; and, beginning in or around August 2023, Platinum became one of Venture's customers.

13. On August 30, 2023, Platinum entered into a "Terms & Sales Agreement" ("First Sales Agreement") with Venture, under which Venture agreed to ship medical products to Platinum and Platinum agreed to pay for them.

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

14. Under the terms of the First Sales Agreement, Platinum agreed that payment for all medical products it purchased from Venture would be due 45 days from the date of the invoice.

15. Platinum also agreed under the First Sales Agreement to pay a monthly "late payment charge" and "also pay all losses, costs, attorney's fees or other expenses" that Venture incurs as a result of Platinum's failure to timely comply with its contractual payment obligations.

16. On September 28, 2023, Platinum entered into a Consignment Agreement with Venture ("Consignment Agreement").

17. Under the Consignment Agreement, Venture would ship products to Platinum; Platinum would store these products at its facilities separately from its own property; and, once it *used* any product, Platinum would pay Venture for the product it used.

18. At least since October 5, 2023, Venture has shipped products to Platinum.

19. On January 18, 2024, Platinum entered into a second "Sales Agreement" with Venture ("Second Sales Agreement").

20. Under the Second Sales Agreement, Platinum agreed:

a. To be bound by the terms and conditions set forth on Venture's website (venturemedical1.com/terms) ("Online Terms"), as they may be updated from time to time;

b. That it "will pay for all items purchased and services rendered in accordance with [Venture's] terms and conditions" and agreed to do so no later than 45 days after the date of an invoice; and

c. To pay late payment charges and cover Venture's costs and expenses, including Venture's attorney's fees.

21. On October 17, 2024, Platinum entered into an "Amendment to Sales Agreement" ("Amendment") with Venture. This Amendment became effective on October 21, 2024.

22. The Amendment incorporated the Online Terms into the earlier agreements—the First Sales Agreement and the Second Sales Agreement—and included an updated pricing schedule for its products, including one of its new products.

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

23. The Online Terms provide that "if no payment terms are specified in the sales agreement, full payment is due 45 days from date of invoice."

24. The Online Terms further provide that Platinum must "reimburse all expenses [Venture] incurs in collection, including reasonable attorneys' fees and third-party collection expenses, in cases where [Platinum] is in breach of any of [the terms and conditions] or has failed to make payment as required."

25. Neither the First Sales Agreement, Consignment Agreement, Second Sales Agreement, Amendment, nor the Online Terms (collectively, the "Contract") limit or excuse Platinum's obligation to pay Venture for products it has used based upon reimbursements from third-party payors.

26. Initially, Platinum generally timely paid Venture's invoices in full as they became due (although a few older invoices still remain unpaid).

27. However, since approximately September 2024, Platinum has failed to pay many of Venture's invoices and/or for the medical products it received from Venture, purporting to base its failure on the lack of reimbursement from third-party payors.

28. On or around September 2, 2025, Venture sent a "Final Notice" to Platinum requesting payment and warning that interest would continue to accrue on unpaid amounts.

29. The Final Notice stated that, as of September 2, 2025, Platinum owed Venture over $5 million; specifically, $5,441,376.71, including a balance of $4,817,674.00 and interest charges of $623,702.71 (the "Outstanding Balance").

30. Platinum has failed to pay the Outstanding Balance owed to Venture, and interest thereon continues to accrue.

## FIRST CLAIM FOR RELIEF

## BREACH OF CONTRACT

31. Venture incorporates each and every allegation set forth above as if fully set forth herein.

32. The Contract between Platinum and Venture is valid and enforceable.

33. Venture performed all obligations required of it pursuant to the Contract.

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

34. Platinum breached the terms of the Contract by, *inter alia*, ordering, receiving, and using medical products from Venture and then failing to pay for them.

35. As a direct, proximate, and foreseeable result of Platinum's breach of the Contract, Venture has been damaged in the amount of the Outstanding Balance plus late fees and accruing interest.

36. Platinum has been forced to retain the services of legal counsel and, therefore, is entitled to its attorneys' fees and costs as provided for in the Contract.

**SECOND CLAIM FOR RELIEF**

**BREACH OF IMPLIED COVENANT**

37. Venture incorporates each and every allegation set forth above as if fully set forth herein.

38. The Contract between Platinum and Venture is valid and enforceable.

39. The Contract contains an implied covenant of good faith and fair dealing, which prohibits Platinum from acting in any manner that deprives Venture of its justified expectations under the Contract.

40. Platinum violated the implied covenant of good faith and fair dealing in the Contract by acting in a manner that has deprived Venture of its justified expectations, including those regarding timely payment.

41. As a direct, proximate, and foreseeable result of Platinum's breach of the Contract's implied covenant of good faith and fair dealing, Venture has been damaged in the amount of the Outstanding Balance plus late fees and accruing interest.

42. Platinum has been forced to retain the services of legal counsel and, therefore, is entitled to its attorneys' fees and costs as provided for in the Contract.

**THIRD CLAIM FOR RELIEF**

**UNJUST ENRICHMENT (IN THE ALTERNATIVE)**

43. Venture incorporates each and every allegation set forth above as if fully set forth herein.

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

44. Venture has conferred a benefit on Platinum by sending medical products to Platinum for its use.

45. Platinum appreciated and knew of this benefit because it induced Venture to send the medical products.

46. Platinum's acceptance and retention of this benefit occurred under circumstances that would render it inequitable for Platinum to retain this benefit without compensating Venture for the value of this benefit.

47. As such, Platinum has been unjustly enriched at Venture's expense.

48. As a direct, proximate, and foreseeable result of Platinum's acceptance, retention, and use of the benefits conferred by Venture, Venture has been damaged in the amount of the Outstanding Balance plus late fees and accruing interest.

49. Platinum has been forced to retain the services of legal counsel and, therefore, is entitled to its attorneys' fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Venture Medical, LLC respectfully requests the following relief:

A. An award of damages in excess of $75,000.00;

B. Attorneys' fees, costs, and interest; and

C. Such other and further relief to which Venture may be entitled.

## JURY DEMAND

Plaintiff Venture Medical, LLC requests a trial by jury as to all triable issues and claims.

DATED this 22nd day of April, 2026.

BAILEY❖KENNEDY

By: */s/ Joshua M. Dickey*
JOHN R. BAILEY
JOSHUA M. DICKEY
JOE A. MORGAN

*Attorneys for Plaintiff Venture Medical, LLC*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820